1  Peter Afrasiabi (Bar No. 193336)
2  pafrasiabi@onellp.com
   ONE LLP
3  4000 MacArthur Boulevard
4  East Tower, Suite 500
   Newport Beach, CA 92660
5  T: 949.502.2870
6  F: 949.258.5081

7
   Joanna Ardalan (Bar No. 285384)
8  jardalan@onellp.com
   ONE LLP
9  9301 Wilshire Boulevard, Penthouse Suite
10 Beverly Hills, CA 90210
   T: 310.866.5157
11 F: 310.943.2085

12
   Attorneys for Plaintiff
13 BACKGRID USA, INC.

14
   Colby B. Springer (CA Bar No. 214868)
15 cspringer@polsinelli.com
16 **POLSINELLI** *LLP*
   2049 Century Park East, Suite 2900
17 Los Angeles, CA 90067
18 T 310.556.1801
   F 310.556.1802
19

20 Miya Yusa (CA Bar No. 314563)
   myusa@polsinelli.com
21 **POLSINELLI** *LLP*
22 Three Embarcadero Center, Suite 2400
   San Francisco, California 94111
23 T: 415.248.2100
24 F: 415.248.2101

25
   Attorneys for Defendant
26 BRANDON SCOTT SESSOMS

27

28

-1-

**STIPULATION FOR ENTRY OF JUDGMENT**
CASE NO. 2:19-CV-03540-AB-MRW

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| BACKGRID USA, INC., a California corporation,<br><br>Plaintiff,<br>v.<br>BRANDON SCOTT SESSOMS, aka B. SCOTT, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:19-Cv-03540-TJH-MRW<br><br>**STIPULATION FOR ENTRY OF JUDGMENT** |

Plaintiff Backgrid USA, Inc. and Defendant Brandon Scott Sessoms (collectively, the "Parties") hereby stipulate and agree to the entry of the in the form and content set forth in the form filed concurrently herewith.

1. STIPULATED MONETARY JUDGMENT: The Parties have stipulated to a judgment to which Defendant Brandon Scott Sessoms shall pay to Plaintiff Backgrid USA, Inc. the monetary sum of ninety thousand dollars ($90,000.00) for the breach of and only the breach of the settlement agreement dated February 10, 2020.

2. FEES and COSTS: Backgrid USA, Inc. is also entitled to attorneys' fees and costs incurred in enforcing this stipulated judgment.

3. OFFSET: The monetary sum of ninety thousand dollars ($90,000.00) shall be offset by any monies already paid at any time by Defendant Brandon Scott Sessoms

from February 10, 2020 to the date of any purported breach.

4. NO ADMISSION OF LIABILITY: The filing or enforcement of this Stipulation for Entry of Judgment does not constitute an admission of liability by any of the Parties with respect to any cause of action alleged or that could have been alleged in Civil Action No. 2:19-cv-03540.

5. TERMS OF BREACH OF SETTLEMENT AGREEMENT: The Parties agree that this Stipulation for Entry of Judgment shall not be filed or enforceable unless Defendant Brandon Scott Sessoms breaches the settlement agreement dated February 10, 2020.

6. STIPULATED SCOPE OF ENFORCEABILITY OF FINAL JUDGMENT: The Parties have agreed that this Stipulation for Entry of Judgment shall only apply to the terms, conditions, and obligations of the foregoing February 10, 2020 settlement agreement that exist at the time of execution.

Dated: 26 March 2020 | 18:52:05 EDT        Respectfully Submitted,

By: _____
    247575503CE444C...
    Alex Kantif
    Backgrid USA, Inc.

Dated: March __26__, 2020        Respectfully Submitted,

By: /s/ _____

-3-

STIPULATION FOR ENTRY OF JUDGMENT
Case No. 2:19-CV-03540-AB-MRW

1          Brandon Scott Sessoms

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

**STIPULATION FOR ENTRY OF JUDGMENT**
Case No. 2:19-CV-03540-AB-MRW