## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., a California corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>BRANDON SCOTT SESSOMS, aka B. SCOTT, an individual, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.  2:19-cv-03540-THJ (MRWx)<br>Hon. Terry J. Hatter, Jr.<br><br>**ORDER GRANTING MOTION TO ENTER STIPULATED JUDGMENT [35]**<br><br>Date:      November 16, 2020<br>Time:     **UNDER SUBMISSION** |

**ORDER**

1    Having read and considered Backgrid USA, Inc.'s Motion to Enter
2 Stipulated Judgment, and good cause appearing therefor,
3    **IT IS HEREBY ORDERED** that the Stipulated Judgment (Dkt. 30) is
4 entered as a judgment and this case is terminated.

Dated: JANUARY 4, 2021

*/s/ Terry J. Hatter, Jr.*
Terry J. Hatter, Jr.
United States District Judge