Peter Afrasiabi Esq. (Bar No. 193336)
pafrasiabi@onellp.com
ONE LLP
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

Joanna Ardalan, Esq. (Bar No. 285384)
jardalan@onellp.com
ONE LLP
9301 Wilshire Boulevard, Penthouse Suite
Beverly Hills, CA 90210
Telephone: (310) 866-5157
Facsimile: (310) 943-2085

Attorneys for Plaintiff
Backgrid USA, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>BRANDON SCOTT SESSOMS, aka B. SCOTT, an individual, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:19-cv-03540-TJH(MRWx)<br>Hon. Terry J. Hatter, Jr.<br><br>**JUDGMENT [JS-6]** |

**JUDGMENT**

1     This Judgment is entered by Stipulation of the Parties. (Dkt. 30.)

2     NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that
3 judgment shall be entered against Brandon Scott Sessom for $90,000 to which Defendant
4 Brandon Scott Sessoms shall pay to Plaintiff Backgrid USA, Inc. the monetary sum of
5 ninety thousand dollars ($90,000.00) for the breach of and only the breach of the
6 settlement agreement dated February 10, 2020.

7     Backgrid USA, Inc. is also entitled to attorneys' fees and costs incurred in
8 enforcing this stipulated judgment.

9     The filing or enforcement of this Stipulation for Entry of Judgment does not
10 constitute an admission of liability by any of the Parties with respect to any cause of
11 action alleged or that could have been alleged in Civil Action No. 2:19-cv-03540.

12     The monetary sum of ninety thousand dollars ($90,000.00) shall be offset by any
13 monies already paid at any time by Defendant Brandon Scott Sessoms from February 10,
14 2020 to the date.

16     IT IS SO ORDERED.

_____
Hon. Terry Hatter, Jr.
UNITED STATES DISTRICT JUDGE

CC: FISCAL